# SCALISE & HAMILTON LLP

670 White Plains Road
Suite 325
Scarsdale, NY 10583
(914) 725-2801
Fax (914) 931-2112

**Deborah A. Scalise**
**Sarah Jo Hamilton**

*Beverly M. Ma*
*Of Counsel*

March 9, 2011

Paula Marie Susi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

91mc561

Re: *Matter of Lauriano Guzman, Jr., Esq.*

Dear Ms. Susi:

      This firm represents Lauriano Guzman, Jr., Esq., with respect to the above-captioned matter.

      Enclosed please find a copy of the Memorandum and Order dated November 8, 1991 in which a public censure was imposed in connection with Mr. Guzman's representation of a former client, along with a Docket Report from that action.

      Please advise as to any additional information that you may require. Thank you for your cooperation with respect to this matter.

Very truly yours,

Deborah A. Scalise

Enclosures
cc: Lauriano Guzman, Jr., Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

IN RE:  RUDY VELEZ and
        LAURIANO GUZMAN, JR.            MEMORANDUM
                                        AND ORDER
                Respondents.

----------------------------------X

This is a disciplinary proceeding involving a complaint filed by United States District Judge Reena Raggi, on May 20, 1991, following a suppression hearing in the case of <u>United States of America v. Michael Quinonez and David Ariel Rivera</u> (CR 90-570) which took place on January 11, 1991. Judge Raggi suspended the respondents from practicing in her court and made the following two complaints:

> "(1) that Rudy Velez, Esq. submitted to this court an affidavit purportedly sworn to by his client, Ariel David Rivera, and notarized by his partner, Lauriano Guzman, when he in fact knew that his secretary had signed both his client's name and his partner's name on the document; and
>
> (2) that Lauriano Guzman, Jr., Esq. failed to apprise this court that the signature on the affidavit attributable to him as notary was not in fact his when issues about the document arose in the course of a suppression hearing at which he represented Mr. Rivera."

Following the initiation of this complaint, the Grievance Committee of the United States District Court for the Eastern District of New York, consisting of Chief Judge

2

Thomas C. Platt, Judge Leonard D. Wexler and Judge Arthur D. Spatt*, met with Ronald P. Fischetti, Esq., attorney for the respondents on July 1, 1991, reviewed the minutes of the suppression hearing held on January 11, 1991, and reviewed a "Memorandum to the Eastern District of New York Grievance Committee on behalf of respondents Rudy Velez, Esq. and Lauriano Guzman, Jr., Esq." received September 19, 1991. The respondents did not request the appointment of or a hearing by a committee of attorneys as provided for in Rule 4 of the General Rules.

The Grievance Committee finds that there is clear and convincing evidence that the respondents committed the acts charged.

On the totality of the circumstances, including the mitigating circumstances set forth in the respondents' memorandum, their prior unblemished disciplinary records and the apologies rendered by both respondents, the Grievance Committee respectfully recommends to the Board of Judges that the penalty of a censure be imposed.

---

* Judge Reena Raggi, also a member of the Grievance Committee, recused herself from the consideration of this complaint.

Dated: Uniondale, New York
       November 9 , 1991

GRIEVANCE COMMITTEE

_____
CHIEF JUDGE THOMAS C. PLATT

_____
JUDGE LEONARD D. WEXLER

_____
JUDGE ARTHUR D. SPATT

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:91-mc-00561-TCP

Grievance Committee v. Velez, et al  
Assigned to: Senior-Judge Thomas C. Platt  
Demand: $0  
Case in other court:  NYED, CR90-570  
Cause: Disbarment Proceedings

Date Filed: 11/20/1991  
Date Terminated: 11/20/1991  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Plaintiff

**Petitioner**

**Grievance Committee for the Eastern District of New York**

V.

**Respondent**

**Rudy Velez**

**Respondent**

**Lauriano Guzman, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/1991 | 1 | MEMORANDUM and ORDER dtd 11-8-91 recommending that the penalty of a censure be imposed. (signed by the Grievance Committee: Ch. J. Platt, J. Wexler, and J. Spatt) Copies mailed. (Glenn, Marilyn) (Entered: 11/20/1991) |
| 11/20/1991 |   | Case closed. See order of censure. (Glenn, Marilyn) (Entered: 11/20/1991) |
| 12/26/1991 | 2 | ORDER OF CENSURE dtd 11/19/91, that the Board of Judges finds that the respondents committed the acts charged. (Judge Thomas C. Platt, and all other Judges of the Board ) (Roker, Michelle) (Entered: 12/31/1991) |